

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00336-CR

Ex parte Brayan Alexander Andrade Medrano a/k/a Brayan Alexander Andrade
Madrano

On Appeal from the
County Court of Maverick County, Texas
Trial Court Cause No. 31849

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on
appeal, concludes the appeal should be dismissed. The Court orders the appeal
DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

March 6, 2025